IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATIONWIDE CAPITAL FUNDING, INC., | § § | |
| Plaintiff, | § | CASE NO. 4:20-cv-03656 |
| | § | (formerly 61st Judicial District |
| V. | § | Court of Harris County, Texas |
| | § | Case No. 2020-59389) |
| JOHNSON CONTROLS FIRE | § | |
| PROTECTION, LP, | § | |
| Defendant/Third Party Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| AES DESIGN & CONSTRUCTION, LLC, | § | |
| Defendant/Third Party Defendant, | § | |
| | § | |
| V. | § | |
| | § | |
| JOE E. DANIELS and IULIIA DANIELS, | § | |
| Defendants. | § | |

## NOTIFICATION OF SELECTION OF MEDIATOR

The court signed an Order [Doc. #26] requiring the parties to submit their disputes to mediation. The Order was signed by the court on July 22, 2021.

This Notice is to advise the court that a mediator has been selected and that the parties intend to submit their disputes to mediation.

The mediator that has been selected is Donald R. Philbin, Jr., P.O. Box 12367, San Antonio, Texas 78212.

Signed this 20th day of August, 2021.

Respectfully submitted,

Peter E. Avots
Federal I.D. No. 11424
State Bar No. 01456450
WOOD, BOYKIN & WOLTER
A Professional Corporation
615 North Upper Broadway, Suite 1100
Corpus Christi, Texas 78401-0748
(361) 888-9201
(361) 888-8353 (facsimile)
pea@wbwpc.com

ATTORNEY FOR NATIONWIDE
CAPITAL FUNDING, INC.

## CERTIFICATE OF SERVICE

       I, Peter E. Avots, certify that a true and correct copy of the above and foregoing document was served on the person listed below and in the manner set forth on the 20th day of August, 2021:

Jude T. Hickland
Faegre Drinker Biddle & Reath LLP
1717 Main Street, Ste. 5400
Dallas, TX 75201                                    **electronic ECF**

Steve Schlacks
The Schlacks Law Firm PLLC
10200 Grogan's Mill Road, Suite 235
The Woodlands, TX 77380                        **electronic ECF**

Matthew L. Pepper
Pepper & Associates, P.C.
10200 Grogan's Mill Road, Suite 235
The Woodlands, TX 77380                        **electronic ECF**

Peter E. Avots

F:\7134 Nationwide\7 Johnson Controls\20-cv-03656\21 Notification Selection of Mediator 0820-31-38.docx